IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01538-RPM

UNITED STATES OF AMERICA,

        Plaintiffs,

v.

LEO ANTHONY ARCHULETA, JR.,

        Defendants.
_____

ORDER FOR ENTRY OF JUDGMENT BY CONSENT
_____

Pursuant to the Motion for Entry of Consent Judgment, filed August 12, 2005, it is

ORDERED that judgment shall enter for plaintiff in the total sum of $1,500.00, each party to bear its own costs and it is

FURTHER ORDERED that post-judgment interest shall accrue at the current legal rate of 3.84% and will be compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. § 1961(b), as amended.

DATED: August 15, 2005.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge